UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MARIN, | No.  1:25-cv-01820-JLT-SAB (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON FEBRUARY 20, 2026 |
| v. | |
| J. VANG, et al., | (ECF No. 12) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 16, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint.  (ECF No. 7.)  Plaintiff failed to file an amended complaint or otherwise communicate with the Court.  Therefore, on January 27, 2026, the Court ordered Plaintiff to show why the action should not be dismissed.  (ECF No. 10.)  Plaintiff failed to respond to the order to show cause, and Findings and Recommendations recommending dismissal of the action were issued on February 20, 2026.  (ECF No. 12.)

Thereafter, on March 4, 2026, Plaintiff filed a motion for an extension of time to respond to the Court's orders.  (ECF No. 13.)  On March 5, 2026, the Court granted Plaintiff's request and

1

ordered him to file an amended complaint within thirty days.  (ECF No. 14.)

On April 8, 2026, Plaintiff filed a first amended complaint.  (ECF No. 15.)

Accordingly, because Plaintiff filed a first amended complaint, it is HEREBY ORDERED that the Findings and Recommendations issued on February 20, 2026, (ECF No. 12), are vacated, and the Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated:    **April 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2