**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBERT J. MARIN,

Plaintiff,

v.

J. VANG, et al.,

Defendants.

No. 1:25-cv-01820 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 19)

Robert Marin seeks to hold the defendants liable for violations of his civil rights while he has been housed at the Substance Abuse Treatment Facility. (*See generally* Doc. 15.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for relief. (Doc. 17.) The magistrate judge granted Plaintiff one final opportunity to amend the complaint, but Plaintiff failed to file an amended complaint. Therefore, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. 18.) Plaintiff did not file any response.

The magistrate judge issued Findings and Recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a cognizable claim. (Doc. 19 at 3-9.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 14 days. (*Id.* at 9.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.*, citing

*Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 22, 2026 (Doc. 19) are **ADOPTED** in full.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 24, 2026

UNITED STATES DISTRICT JUDGE